## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN D. MILLER<br>431 Ridgemoor Drive #4<br>Fort Wayne, Indiana 46825 | )<br>)<br>)<br>) | |
| v. | ) | Case No. 06 CV 2883 |
| | ) | |
| TRANS UNION, LLC<br>555 W. Adams Street<br>Chicago, Illinois 60661 | )<br>)<br>)<br>) | Judge Grady<br>Magistrate Judge Cole |
| EXPERIAN INFORMATION<br>SYSTEMS, INC.<br>Serve: CT Corporation, Registered Agent<br>208 S. LaSalle Street #814<br>Chicago, Illinois 60604 | )<br>)<br>)<br>)<br>)<br>) | |
| SUPPORTKIDS, INC.<br>d/b/a CSE Child Support Enforcement Co.<br>4120 Friedrich Lane #175<br>Austin, Texas 78744 | )<br>)<br>)<br>) | |

## NOTICE OF FILING

| To: | Kevin D. Miller<br>431 Ridgemoor Drive #4<br>Fort Wayne, Indiana 46825 | Albert Edward Hartmann<br>Chad Jay Shifrin<br>Monica L. Thompson<br>PIPER RUDNICK GRAY CARY<br>203 North LaSalle Street, #1900<br>Chicago, IL 60601 | Michelle Leigh Damas<br>JONES DAY<br>77 West Wacker Drive<br>Suite 3500<br>Chicago, IL 60601 |
|---|---|---|---|

PLEASE TAKE NOTICE that on the 3rd day of July, 2006, there was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, 60604, **Motion for Leave to Disclose Terms of Confidential Settlement Agreements,** copies of which are hereby served upon you.

/s/ Riccardo A. DiMonte

Riccardo A. DiMonte ARDC #6191706
Paul A. Greco ARDC #6229350
Julia Jensen Smolka ARDC #6272466
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
847/698-9600

## **CERTIFICATE OF SERVICE**

      I, Riccardo A. DiMonte, do hereby certify under penalties of perjury, that by 5:00 p.m. on the 3rd day of July, 2006, I duly served the above-described notice, by ordinary first-class mail, upon counsel of record as listed on the Notice of Filing, unless such parties were electronically notified, together with a copy of the **Motion for Leave to Disclose Terms of Confidential Settlement Agreements** referred to herein.

                                                  /s/ Riccardo A. DiMonte