# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2883 | **DATE** | 9/5/2007 |
| **CASE TITLE** | Miller vs. Trans Union, et al. | | |

**DOCKET ENTRY TEXT**

Hearing on joint motion to dismiss held. Joint motion to dismiss action against defendant Experian Information Solutions, Inc. is granted. The action against Defendant Experian Information Solutions is dismissed with prejudice, and without costs. Parties are directed to submit a joint dismissal order on or before 09/12/07. Motion for a protective order is entered and continued to 09/12/07 at 11:00 a.m. Jury trial set for 11/13/07 stricken. Pending motion to compel is withdrawn.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|