# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2883 | **DATE** | 9/19/2007 |
| **CASE TITLE** | Miller vs. Trans Union, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing set for today stricken. Joint motion to dismiss action against defendants Supportkids, Inc. and Trans Union LLC is granted. Enter order dismissing action against defendant Supportkids, Inc. and Trans Union, LLC. All pending motions are denied as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|