# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN D. MILLER | ) | |
| | ) | |
| v. | ) | Case No. 06 CV 2883 |
| | ) | |
| TRANS UNION, LLC, et al. | ) | Judge Grady |
| | ) | Magistrate Judge Cole |
| | ) | |

## ORDER DISMISSING ACTION AGAINST DEFENDANT SUPPORTKIDS, INC. AND TRANS UNION, LLC

Having fully considered the joint motion to dismiss action filed by Defendant Supportkids, Inc. d/b/a CSE Child Support Enforcement Co., and Kevin Miller, and the Stipulation between Trans Union, LLC, and Kevin Miller, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled action, as against Supportkids, Inc. d/b/a CSE Child Support Enforcement Co., and Trans Union, LLC, is dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party, all matters in controversy having been fully settled, compromised and adjourned.

Dated this 19 day of September, 2007.

BY THE COURT:

John F. Grady, United States District Judge

C:\Documents and Settings\pmg203 D?MONTEANDLIZAK\Local Settings\Temporary Internet Files\OLK35\John Min Order to Dismiss Action 83107.wpd



EXHIBIT A